# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELDERICH THOMPSON

NO. 2021 KW 0789

OCTOBER 5, 2021

---

In Re:    Elderich Thompson, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 98-CR-941.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

WRIT DENIED.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT